IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAN WHALEY,<br><br>Defendant. | CR 18–46–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Video Testimony. (Doc. 39.) The United States requests that it be permitted to present witness testimony via video conferencing at the final revocation hearing in this matter currently set for March 23, 2021 at 1:30 P.M. (*Id.*) This includes the testimony of Detective Ernesto Juarez and Jess Patrick. Mr. Whaley does not object. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 39) is GRANTED. The United States shall be permitted to present the testimony of Detective Ernesto Juarez and Jess Patrick via video conferencing at the final revocation hearing in this matter currently set for March 23, 2021 at 1:30 P.M.

IT IS FURTHER ORDERED that the United States is responsible for making all necessary video conferencing arrangements with Court staff. The hearing will not be continued or interrupted if video conferencing arrangements are disrupted or insufficient.

DATED this 16th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court