# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAN WHALEY,<br><br>Defendant. | CR 18-46-M-DLC<br><br><br><br>ORDER |

Counsel for Defendant Can Whaley, having filed an Unopposed Motion to Allow Video Testimony, and good cause appearing therefore:

The motion for Kirsten King to testify via video is GRANTED.

DATED this 19th day of March, 2021.

_____
DANA L. CHRISTENSEN
UNITED STATES DISTRICT COURT JUDGE

1